UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

GONZALO CAMACHO DELGADILLO,

               Petitioner,

               v.

WARDEN, Adelanto ICE Processing Center,

               Respondent.

Case No. 5:26-cv-02226-VBF (DTB)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered as follows: (1) Respondent is to provide Petitioner, Gonzalo Camacho Delgadillo (A 241-108-827), with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), as well as 8 C.F.R. Sections 1003.19 and 1236.1, and at which the

government bears the burden of proof, within seven (7) days of the date of this Order; (2) Respondent is to provide the immigration judge conducting the bond hearing with a copy of the Report and Recommendation and this Order; and (3) Petitioner is to be released from custody within eight (8) days following the date of this Order if he has not been provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a).

IT IS FURTHER ORDERED that Respondent is to file a statement with the Court within one business day of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondent's compliance with this Order.

Date:  June 10, 2026

_____

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge

2