JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

GONZALO CAMACHO DELGADILLO,

     Petitioner,

     v.

WARDEN, Adelanto ICE Processing Center,

     Respondent.

Case No. 5:26-cv-02226-VBF (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Respondent is to provide Petitioner, Gonzalo Camacho Delgadillo (A 241-108-827), with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), as well as 8 C.F.R. Sections 1003.19 and 1236.1, and at which the government bears the burden of proof, within seven (7) days of the date of the Order Accepting Findings Conclusions and Recommendations of United States Magistrate Judge; that Respondent is to provide the immigration judge conducting the bond hearing with a copy of the Report and

1

Recommendation; and the Order Accepting Findings Conclusions and Recommendations of United States Magistrate Judge; and that Petitioner is to be released from custody within eight (8) days following the date of the Order Accepting Findings Conclusions and Recommendations of United States Magistrate Judge if he has not been provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a).

IT IS FURTHER ADJUDGED that Respondent is to file a statement with the Court within one business day of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondent's compliance with the Order Accepting Findings Conclusions and Recommendations of United States Magistrate Judge

DATED:  June 10, 2026

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2